631 A.2d 544

IN THE MATTER OF JOHN P. LIBRETTI,
AN ATTORNEY AT LAW.

October 12, 1993.

## ORDER

The Disciplinary Review Board having filed a report with the Court recommending that JOHN P. LIBRETTI of HACKEN-SACK, who was admitted to the bar of this State in 1978, be publicly reprimanded for violations of *RPC* 1.1(a) (gross negligence), *RPC* 1.3 (failure to act with reasonable diligence), *RPC*

1.4(a) and (b) (failure to explain a matter to the extent reasonably necessary to permit a client to make informed decisions), *RPC* 1.16(a)(1) (failure to withdraw from representation), *RPC* 3.2 (failure to expedite litigation) and *RPC* 5.1 (failure to exercise properly the responsibilities of a supervisory lawyer), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted, and JOHN P. LIBRETTI is hereby publicly reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.